1
2
3
4

E. Marshall Hodgkins, 76796
Attorney at Law
1186 W. Shaw Ave
Fresno, CA 93711
Telephone: (559)248-0900
Fax: (559)248-0901

5

Attorney for Defendant Oscar Jaramillo-Cortez

6
7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

8

9   | UNITED STATES OF AMERICA,

10                        Plaintiff,

11              v.

12  | Oscar Jaramillo Cortez,

13                        Defendant.

14

15

No.  1:22-CR-00062-17 JLT

**MOTION TO TERMINATE CJA APPOINTMENT OF E. MARSHALL HODGKINS AS ATTORNEY OF RECORD AND [PROPOSED ORDER]**

16

17

18

19

20

21

22

23

24

25

26

27

28

        On November 27,2023, Defendant Oscar Jaramillo-Cortez was indicted on federal charges.  CJA Panel Attorney E. Marshall Hodgkins was appointed as trial counsel to represent Mr. Oscar Jaramillo-Cortez on April 06, 2022, in his criminal case.  Mr. Jaramillo-Cortez was sentenced <u>pursuant to a plea bargain</u> on November 27, 2024.  The time for filing a direct appeal was waived. No direct appeal was filed.   Mr. Jaramillo-Cortez self-surrendered to the Bureau of Prisons as directed on January 17, 2024.  The trial phase of Mr. Jaramillo-Cortez's criminal case has, therefore, come to an end. Having completed his representation of Mr. Jaramillo-Cortez, CJA attorney E. Marshall Hodgkins now moves to terminate his appointment under the Criminal Justice Act.

        Should Mr. Jaramillo-Cortez require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300

Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.


Dated: January 19, 2024,                         Respectfully submitted,


/s/ E. Marshall Hodgkins

E. Marshall Hodgkins, Attorney for

Defendant, Oscar Jaramillo-Cortez


## [~~PROPOSED~~] ORDER


Having reviewed the notice and found that attorney E. Marshall Hodgkins has completed the services for which he was appointed, the Court hereby grants attorney E. Marshall Hodgkins' request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Oscar Jaramillo-Cortez at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Oscar Jaramillo-Cortez

FCI MENDOTA

FEDERAL CORRECTIONAL INSTITUTION

SATELLITE CAMP

P.O. BOX 9

MENDOTA, CA  93640

**IT IS SO ORDERED**

Dated: February 2, 2024

UNITED STATES DISTRICT JUDGE